UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>AZUCENA ORTEGA<br> aka SUZIE ORTEGA,<br><br>              Defendant. | Case No. 1:14-cr-00129-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

## INTRODUCTION

Pending before the Court is defendant Azucena Ortega's unopposed Motion for Early Termination of Supervised Release. (Dkt. 41). For the reasons explained below, the Court will grant the motion.

## BACKGROUND

In January 2015, this Court sentenced Ortega to time served, plus two years of supervised release. Ms. Ortega had pleaded guilty to bank fraud, based on her theft of approximately $1,400 from a Wells Fargo bank account that she accessed while she was an employee of the bank. Ortega later repaid the money she had stolen.

**MEMORANDUM DECISION & ORDER - 1**

The probation officer reports that Ms. Ortega has now satisfied all terms of supervision, including performing 200 hours of community service. Ortega has also secured fulltime employment and has no mental health or addiction issues. The Probation Office further agrees that defendant is at low risk for re-offending. Under these circumstances, neither the government nor the United States Probation Office objects to early termination of supervision.

## DISCUSSION

Early termination of probation is governed by 18 U.S.C. § 3564(c), which requires the court to consider factors set forth in § 3553(a), to the extent they are applicable. Those factors "include the nature and circumstances of the offense, the need for deterrence, the need to protect the public, the need to provide defendant with training or medical care, and the relevant provisions of the Sentencing Guidelines." *United States v. Gross*, 307 F.3d 1043, 1044 (9th Cir. 2002). After considering those § 3553(a) factors, the court may terminate a defendant's term of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

After having considered these factors, the Court concludes that the interests of justice warrant early termination of supervision. As already noted, defendant has performed very well on supervision; she has repaid the money she stole; she does not need supervision in terms of training or medical care; she has a fulltime job; and she is at low risk of re-offending. The Court will therefore grant this unopposed motion.

**MEMORANDUM DECISION & ORDER - 2**

## ORDER

Defendant Azucena Ortega's unopposed Motion for Early Termination of Supervision (Dkt. 41) is **GRANTED**.

DATED: January 28, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**MEMORANDUM DECISION & ORDER - 3**